UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALICIA WILLIAMS,<br><br>                                Plaintiff,<br><br>                   -against-<br><br>ESSEN MEDICAL ASSOCIATES P.C., and ESSEN MEDICAL URGICARE, PLLC,<br><br>                              Defendants. | Case No. 1:24-cv-07625 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

As discussed at the June 18, 2025 discovery conference, Plaintiff's motion to compel, Dkt. 33, is granted in part. The definition of "Comparators" for purposes of the Requests for Production ("RFP") and the Interrogatories shall be limited to all full-time primary care physicians employed by Defendants in the Nursing Home Division of Essen from October 8, 2018 until March 2024, when Plaintiff left Essen. Defendants shall produce the information sought in RFPs 6 and 11.

However, the Court will not order Defendants to produce all documents responsive to RFP 7 or RFP 8 for the Comparators, because the requests are overbroad. The Court will, however, compel production of Dr. Molner's resume from her personnel file. The Court will also compel production of any OMPC misconduct findings or Censure or Reprimands filed against any of the Comparators. Defendants shall also produce any written warnings or formal complaints contained in the personnel files of the Comparators. The Court shall also compel the production of this information for Dr. Molner, but not the more expansive information sought in RFP 22. Because this category of documents contains confidential and sensitive information, the Court shall permit Defendants to produce it as attorney's eyes only and Plaintiff's counsel can then move to lift that designation on particular items if necessary.

Defendants shall respond to Interrogatories 1 and 7 for the aforementioned Comparator set.

The Clerk of Court is respectfully directed to terminate Dkt. 33.

Dated: June 18, 2025
New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge